UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2010

_Marilyn Bloch,_
_____
_plaintiff_
_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Andrew Bluestone,_
_____
_Defendant,_
_____
_____
_____
_____
_____
_____

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

10 Civ. 6216 ( )

**AMENDED
COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

**R PRO SE OFFICE**

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name     _Marilyn Bloch_
              Street Address _Box 222  7958 Pines Boulevard_
              County, City _Pembroke Pines, Florida 33024, Broward_
              State & Zip Code _Florida_
              Telephone Number _954-932-1397_

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

| Defendant No. 1 | Name | *Andrew Bluestone, Esq.* |
|---|---|---|
| | Street Address | *233 Broadway, Suite 2702* |
| | County, City | *New York, New York* |
| | State & Zip Code | *New York, 10279* |
| | Telephone Number | |

| Defendant No. 2 | Name | |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

| Defendant No. 3 | Name | |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

| Defendant No. 4 | Name | |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions            ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Did not fairly or properly represent me, I had to go to Finra Hearing by myself.*

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship *Marilyn Blech, Florida resident*
Defendant(s) state(s) of citizenship *Andrew Bluestone, a New York resident.*

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   *Please see enclosed emails of Mr. Bluestone who took my case but did not settle it as promised.*

B.   What date and approximate time did the events giving rise to your claim(s) occur?   *In the year of 2009 between May, 2008 and May, 2009*

C.   Facts:   *Mr Bluestone wrote me emails saying he would take a case for me if I paid him 20% retainer. For a whole year he strung me along did not answer my phone calls or messages, or letters, causing me emotional distress, requiring me to seek help from a doctor (see enclosed report) I had a policy of $100,000 and it was all tied up due to Mr Bluestone, which I told Mr. Gerdis orally at that time. He bragged he knew the defendant and was settling my case for me. Bluestone made promises he did not do + I could not call him.*

<div style="border:1px solid; padding:2px; width:90px">What happened to you?</div>

<div style="border:1px solid; padding:2px; width:90px">Who did what?</div>

<div style="border:1px solid; padding:2px; width:90px">Was anyone else involved?</div>

<div style="border:1px solid; padding:2px; width:90px">Who else saw what happened?</div>

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   *See enclosed medical report of Dr. Gerdis from this emotional distress of Mr Bluestone. You put faith in your attorney who strings you along for a year promising things. Also, plaintiff went to local Henderson clinic as well for psychiatric distress by Mr. Bluestone.*

*Rev. 07/2007*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Therefore, plaintiff Marilyn Bloch asks for $2,000,000 (two million) dollars for loss of her assets as seen in the enclosed contract with LPL. Mr. Bluestone never did anything with FINRA and plaintiff did poorly at a hearing to terminate this contract. It was one-sided, broker quit right after it was written and she received a $8000 fee commission for writing contract with plaintiff which Bluestone promised to assist plaintiff with. See enclosed letter from Bar Association on Mr. Bluestone.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21st day of September, 20 10.

Signature of Plaintiff      Marilyn Bloch

Mailing Address      7958 Pines Blvd.
North
Pembroke Pines, Fla. 33024

Telephone Number      954-732-1397.

Fax Number *(if you have one)* _____

<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number      _____

*Rev. 07/2007*                                4

Tue, January 26, 2010 4:14:26 PM

**Re: Re:**

From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: alb@bluestonelawfirm.com

since you called mr. furman i have not heard from ms. dukette on my settlement in koerner case. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>-----Original Message-----
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavcott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> -----Original Message-----
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>  ,                              ,
>>>
>
>
>
>
>
>
>Sent from my Verizon Wireless BlackBerry

**Re: Re:**

From: **Marilyn Bloch** <marilynbloch195039@yahoo.com>   View Contact
To:  alb@bluestonelawfirm.com

i have not heard from mr. fur.an since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>> '
>>>
>
>
>
>
>
>Sent from my Verizon Wireless BlackBerry



Wed, November 25, 2009 3:39:11 PM

**[ No Subject ]**

From:  Marilyn Bloch <marilynbloch195035@yahoo.com>        View Contact
To:  "alb@bluestonelawservice.com" <alb@bluestonelawservice.com>

you said to call you about furman, kornfeld and brennan but i never heard from you. marilyn bloch

7/7/2010

# ◢◤ LPL Financial

Amanda C. Hawley
Senior Vice President
Associate Counsel

One Beacon Street, 22nd Floor
Boston, MA 02108-3106
amanda.hawley@lpl.com
617 897 4715 *office*
800 775 4575 *ext.* 4715
617 426 8589 *fax*

May 15, 2008

<u>Via Facsimile and Federal Express</u>

Joan M. Pendergast, Case Administrator
FINRA Dispute Resolution, Inc.
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486-1015

RE:   **FINRA Dispute Resolution Arbitration Case No. 07-03387**
**Marilyn Bloch v. Distinctive Financial, Teresa DiLorenzo, LPL**
**Financial Services, Linsco/Private Ledger Corp., et al.**

Dear Ms. Pendergast:

Reference is made to the Order of the Panel in the above-referenced matter, which was issued on May 13, 2008, following the Initial Pre-Hearing Conference call that was held on May 8, 2008, beginning at 10:00 a.m.

This submission will serve as a Motion for Reconsideration by the Respondents, LPL Financial Corp. and Teresa DiLorenzo, with respect to the Panel's assessment of all of the costs associated with the Initial Pre-Hearing Conference against these Respondents, (as named, Distinctive Financial, Teresa DiLorenzo, LPL Financial Services, and Linsco/Private Ledger Corp.), on account of my "failing to participate in the conference as scheduled."

As reasons therefor, I respectfully submit the following:

- I appropriately had the conference call placed in my calendar, reflecting the accurate date/time of the call, May 8, 2008 at 10:00 a.m.

- Unfortunately, due to an unavoidable delay and circumstance, I was not at my desk at the time the conference call coordinator called my direct line in order to connect me to the call.  Furthermore, without the benefit of having an administrative assistant at the time, there was no person available to advise the conference call coordinator that I would be joining shortly.  Therefore, the conference call coordinator left a voice mail message, with the dial-in instructions for me to join the conference.

**alb@bluestonelawservice.com**

Fri, November 20, 2009 2:15:23 PM

From:  Marilyn Bloch <marilynbloch195039@yahoo.com>    View Contact
To:  "gorettizilli@maryknoll.org" <gorettizilli@maryknoll.org>

i am willing to engage your services in the matter of bloch vs. koerner. marilynbloch195039@yahoo.com

DEPARTMENTAL DISCIPLINARY COMMITTEE
SUPREME COURT, APPELLATE DIVISION
FIRST JUDICIAL DEPARTMENT
61 BROADWAY
NEW YORK, NEW YORK 10006
(212) 401-0800
FAX: (212) 287-1045 (NOT FOR SERVICE OF PAPERS)

oY L. REARDON, ESQ.
  CHAIRMAN

ALIBURTON FALES, 2D., ESQ.
HARLOTTE MOSES FISCHMAN, ESQ.
IARTIN R. GOLD, ESQ.
OBERT L. HAIG, ESQ.
IYRON KIRSCHBAUM, ESQ.
/ILLIAM FRANCIS KUNTZ, II, ESQ.
TEPHEN L. WEINER, ESQ.
  SPECIAL COUNSEL

ATHERINE M. ABATE, ESQ.
AMES M. ALTMAN, ESQ.
OMINIC F. AMOROSA, ESQ.
UGENE F. BANNIGAN, ESQ.
ATRICK H. BARTH, ESQ.
INA BEATTIE, ESQ.
ETER A. BELLACOSA, ESQ.
EORGE BERGER, ESQ.
HEILA S. BOSTON, ESQ.
AVID BURSBAUM
OHN F. CAMBRIA, ESQ.
ICHOLAS M. CANNELLA, ESQ.
IORGIO CAPUTO
URORA CASSIRER, ESQ.
HRISTOPHER E. CHANG, ESQ.
RNEST J. COLLAZO, ESQ.
IEAN E. DAVIS
ALPH C. DAWSON, ESQ.
HELDON ELSEN, ESQ.
OSALIND S. FINK, ESQ.
HOMAS FITZPATRICK, ESQ.
ATHERINE B. FORREST, ESQ.
/ILLIAM L. FREEMAN
UTH W. FRIENDLY
AVID R. GELFAND, ESQ.
OSEPH STEVEN GENOVA, ESQ.
OBERT J. GIUFFRA, ESQ.
OBERT E. GODOSKY, ESQ.
OHN D. GORDAN, III, ESQ.
ICHARD M. GREENBERG, ESQ.
AURA BARRY GRINALDS, ESQ.
ATRICIA HANDAL,
AMES W. HARBISON, JR., ESQ.
ERARD E. HARPER, ESQ.
ATRICIA HATRY, ESQ.
EYMOUR W. JAMES, JR., ESQ.
AMELA JARVIS, ESQ.
ALAN R. KAUFMAN, ESQ.
TEPHEN E. KAUFMAN, ESQ.
ALFREDA B. KENNY, ESQ.
RONALD LAW
ANDREW M. LAWLER, ESQ.
MARVIN LEFFLER
FRANK J. LOVERRO, ESQ.
NANCY B. LUDMERER, ESQ.
WILLIAM A. MAHER, ESQ.
ROGER JUAN MALDONADO, ESQ.
ROBERT J. McGUIRE, ESQ.
HAROLD F. McGUIRE, JR., ESQ.
ROBERT P. McGREEVY, ESQ.
FITZGERALD MILLER
CHARLES G. MOERDLER, ESQ.
ROBERT G. MORVILLO, ESQ.
MERCEDES A. NESFIELD
LYNN K. NEUNER, ESQ.
FREDRIC S. NEWMAN, ESQ.
JACOB PULTMAN, ESQ.
ROBIN STRATTON RIVERA
MARTIN S. ROTHMAN, ESQ.
AUGUSTIN J. SAN FILIPPO, ESQ.
KARLA G. SANCHEZ, ESQ.
KAREN PATTON SEYMOUR, ESQ.
JOHN S. SIFFERT, ESQ.
HON. JOSEPH P. SULLIVAN
RONALD J. SYLVESTRI
CHRISTINE COLLINS TOMAS
NATICA VON ALTHANN
JOHN L. WARDEN, ESQ.
SUSAN WELSHER
MILTON L. WILLIAMS, JR., ESQ.
SARAH E. ZGLINIEC, ESQ.
  COMMITTEE MEMBERS

ALAN W. FRIEDBERG
  CHIEF COUNSEL

SHERRY K. COHEN
  FIRST DEPUTY CHIEF COUNSEL

MADY J. EDELSTEIN
NAOMI F. GOLDSTEIN
RAYMOND VALLEJO
  DEPUTY CHIEF COUNSEL

ANGELA CHRISTMAS
NICOLE CORRADO
KEVIN P. CULLEY
PAUL L. FRIMAN
JEREMY S. GARBER
JOSEPH J. HESTER
ROBERTA N. KOLAR
JUN HWA LEE
VITALY LIPKANSKY
MARIA MATOS
STEPHEN P. McGOLDRICK
KEVIN E.F. O'SULLIVAN
ELISABETH A. PALLADINO
KIM PETERSEN
ORLANDO REYES
ANN E. SCHERZER
EILEEN J. SHIELDS
SCOTT D. SMITH
  STAFF COUNSEL

September 10, 2010

PERSONAL AND CONFIDENTIAL

Marilyn Bloch
7958 Pines Boulevard
#222
Pembroke Pines, FL  33024

Re: Matter of  Andrew L. Bluestone, Esq.

    Docket No.  2010.2259

Dear Ms. Bloch:

    This office has received your complaint regarding the above-named attorney.

    It is the function of this Committee to conduct investigations in order to determine whether or not attorneys have engaged in conduct which warrants professional discipline.  Please be advised that we cannot take action to compel the return of money in any dispute, nor are we permitted to give legal advice.

    A copy of your complaint will be sent to the above-named attorney.  When we receive a written answer, it will be forwarded to you for written comments.  We regret that we cannot provide detailed status reports during this investigation.  You will, of course, be notified of the Committee's final disposition of this matter.

    Correspondence and inquiries concerning this matter should be addressed to the undersigned. Please be sure to include the Committee's docket number on your correspondence.

                    Very truly yours,

                    Rebeca V. Taub

                    Legal Assistant

AWF:adp/P: RVT
Enc.
PAR11

**[ No Subject ]**
From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: "alba@bluestonelawservices.com" <alba@bluestonelawservices.com>

Fri, November 20, 2009 12:15:13 PM

i am aggreeable to having you settle my case with blocg vs. koernrr. thank you for your efforts for me in this matter. marilyn bloch195039@yahoo.com

**Re: Re:**

From: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.co    Add to Contacts                    Tue, December 1, 2009 9:34.23 AM
To: Marilyn Bloch <marilynbloch195039@yahoo.com>

I was unable to speak with dukete and left message
-----Original Message-----
From: Marilyn Bloch
To: Andrew Bluestone
Subject: Re: Re:
Sent: Dec 1, 2009 9:20 AM

you said you would call furman on monday but you never told me the results of your call. marilyn bloch

Andrew Lavoott Bluestone wrote:
> They did not answer phone calls today. I'll try again on Monday
> ----- Original Message -----
> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
> To: <alb@bluestonelawfirm.com>
> Sent: Wednesday, November 25, 2009 4:45 PM
> Subject: Re:
>>i guess there is no use calling you anymore and that  7500 is final offer.
>>marilyn bloch
>>
>> alb@bluestonelawfirm.com wrote:
>>> No news
>>> -----Original Message-----
>>> From: Marilyn Bloch
>>> To: Andrew Bluestone
>>> Subject:
>>> Sent: Nov 25, 2009 3:47 PM
>>> you said to get in touch with you regarding furman, komfeld, brennan. if
>>> you have any news let me know. marilyn bloch
>>>
>>> Sent from my Verizon Wireless BlackBerry
>>
>>
>>
>>
>>

Sent from my Verizon Wireless BlackBerry

Wed, December 2, 2009 4:02:02 PM

**Re: Re:**

From: Marilyn Bloch <marilynbloch195039@yahoo.com>    View Contact

To: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.com>

i received your message and any thing you could do to settle this case would be greatly appreciated. thank you. marilyn bloch

alb@bluestonelawfirm.com wrote:
> I was unable to speak with dukete and left message
> -----Original Message-----
> From: Marilyn Bloch
> To: Andrew Bluestone
> Subject: Re: Re:
> Sent: Dec 1, 2009 9:20 AM
>
> you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
> Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> -----Original Message-----
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
> 
> 
> 
> 
> 
> Sent from my Verizon Wireless BlackBerry

Tue, January 12, 2010 4:37:47 PM

**Re: Re:**

From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: alb@bluestonelawfirm.com

i have not heard from mr. furan since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>-----Original Message-----
>From; Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> -----Original Message-----
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
>>
>
>
>
>
>
>Sent from my Verizon Wireless BlackBerry

7/7/2010

**[ No Subject ]**

Wed, November 25, 2009 3:47:49 PM

From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.com>

you said to get in touch with you regarding furman, kornfeld, brennan. if you have any news let me know. marilyn bloch

**Re: Re:**

From:  Marilyn Bloch <marilynbloch195039@yahoo.com>    View Contact

To:  alb@bluestonelawfirm.com

Tue, January 12, 2010 4:37:47 PM

i have not heard from mr. furi,an since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>
>
>
>
>
>Sent from my Verizon Wireless BlackBerry

Re: Re:
From:   Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To:   alb@bluestonelawfirm.com
Wed, January 13, 2010 10:09:23 AM

since you called me i have not heard from furman and i would like to return to nursing school at 987 per month as i cannot get a pell grant as i have a b.a. the govt does not want two ba degrees. so anything you could do with furman would e greatly appreciated towards my expensive tuition. m bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>>
>Sent from my Verizon Wireless BlackBerry

**Re: Re:**

From:   Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To:   alb@bluestonelawfirm.com

since you called me i have not heard from furman and i would like to return to nursing school at 987 per month as i cannot get a pell grant as i have a b.a. the govt does not want two ba degrees. so anything you could do with furman would e greatly appreciated towards my expensive tuition. m bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: *Marilyn Bloch* <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>>
>Sent from my Verizon Wireless BlackBerry

Tue, January 12, 2010 4:37:47 PM

**Re: Re:**
From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: alb@bluestonelawfirm.com

i have not heard from mr. fur an since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
> 
> 
> 
> 
> 
>Sent from my Verizon Wireless BlackBerry

92-4144877

---

**Of Interest to You**

You can access important contract information, including your current account balance and interest rate, by registering for our Internet Service Center at www.LFG.com. Registered users can also view or print statements and confirmations from our web site.

---

| Notifications | • This confirmation is prepared by The Lincoln National Life Insurance Company or one of its Life Insurance company affiliates pursuant to its agreement with the principal underwriter of the insurance securities described herein, for the benefit of the selling broker dealer. |
| | • Notify Lincoln promptly if information contained in this document is not accurate.  Please feel free to re-confirm any oral communication in writing to further protect your rights. |
| | • The term "Interest Adjustment" may be referred to as "Market Value Adjustment" in the contract. |

# Lincoln
## Financial Group®

PO Box 2348
Fort Wayne IN 46801-2348

# Annuity
## Confirmation
## 1/11/08

MS*211010202 001561 01 000000 V1X1HMZZ

#BWNGYCG
001561  21101202
MARILYN BLOCH
14545 MILITARY TRL STES
DELRAY BEACH FL 33484-3781

Owner: Marilyn Bloch
Annuitant: Marilyn Bloch
Assurance (L Share): 92-4144877
Contract effective date: 12/18/06
Plan type: Non-Qualified

Representative: Todd G. Pollock
Broker/Dealer: A G EDWARDS & SONS INC

If you have questions regarding this
statement, please call Lincoln Life at
888-868-2583.

## Activity

| Date | Type of activity | Unit value | Number of units | Amount |
|------|------------------|------------|-----------------|--------|
| 1/11/08 | Transfer | | | $ 1,832.75 |
| | From: | | | |
| | DCA Guarantee | | | - 1,832.75 |
| | To: | | | |
| | AF Growth | 17.783042 | 15.4591 | 274.91 |
| | AF Int'l | 22.756151 | 8.0536 | 183.27 |
| | FT Grwth Sec | 16.495637 | 11.1108 | 183.28 |
| | LVIP Del Bond | 10.632927 | 17.2370 | 183.28 |
| | LVIP Wish Mo P | 12.017980 | 68.6255 | 824.74 |
| | LVIP Wish MAgP | 12.354438 | 14.8343 | 183.27 |

*The funds transfer service feature will end with your next scheduled transfer.*

## Value Summary

| | Unit value | Number of units | Amount |
|---|------------|-----------------|--------|
| AF Growth | 17.783042 | 92.7211 | 1,648.86 |
| AF Int'l | 22.756151 | 50.8557 | 1,157.28 |



**Lincoln**
Financial Group®

*Portfolio Rebalancing Elec...*

Servicing Office – PO Box 7871
Fort Wayne  IN  46801-7871
Fax Number 260 455-9427
www.LFG.com

Overnight Address: Lincoln Financial ◡
Financial – IA
1300 S Clinton St
Fort Wayne  IN  46802-3506

| | |
|---|---|
| **Contract Information** | **Contract number** _New Contract_ <br> **Contract owner's name** _Marilyn Bloch_ <br> **Telephone number** _(561) 305-0386_ <br> **Representative's name** _Teresa A DiLorenzo_  **Telephone number** _561 278 0049_ |

**Important Information**

Things to consider when choosing portfolio rebalancing:

- Portfolio rebalancing is not available to those currently participating in:
  - Cross-Reinvestment.
  - Dollar Cost Averaging.
- The minimum amount that can be transferred is $50.
- Transfers will occur on the first through the 28th day of the month. If no date is selected, the transfer will occur on the 15th day of the month.
- The portfolio rebalancing program will continue until you authorize the Company to terminate the program. You may establish, change or terminate portfolio rebalancing by:
  - Selecting the appropriate box in the Program Options section, and returning the completed form to the Company
  - Sending the Company a written notice signed by the contract owner or,
  - Calling the Company at 888 868-2583, if telephone authorization has been established on your account.

**Program Options**

Select one contract option:

☑ Start new program      Start date *(month/day/year)* _____ *(If no start date is selected, the start date will be the 15th of the month.)*

☐ Change existing program

☐ End existing program

Select frequency of rebalancing: *(If no frequency is selected, the frequency will be quarterly.)*

☐ Monthly      ☐ Quarterly      ☑ Semi-annually      ☐ Annually

*Note: Withdrawals, contributions, and manual transfers will not discontinue this service feature or change allocation percentages.*

**Rebalancing and Subaccount Allocation Information**

Portfolio rebalancing allows the contract owner to establish an asset allocation mix. On a periodic basis automatic rebalancing restores the funds selected on this form to their original asset allocation percentages.

Rebalance the:      ☑ Entire contract value*      ☐ Specific funds

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates ...
... agent for CIGNA Life Insurance ...

92-4144877

| Date | Type of activity | Unit value | Number of units | Amount |
|------|-----------------|-----------|-----------------|--------|

**\*\*This transaction occurred due to your termination of the i4LIFE® Advantage with Guaranteed Income Benefit, which provides an automatic step-up feature. The fund unit values no longer reflect the cost of the benefit.**

## Value Summary

| | Unit value | Number of units | Amount |
|---|-----------|-----------------|--------|
| AC Infltn Prot | 10.505999 | 490.7177 | 5,155.48 |
| AF Growth | 18.802214 | 810.2205 | 15,233.94 |
| AF Int'l | 22.179847 | 229.0633 | 5,080.59 |
| FT Glb Inc Sec | 11.539587 | 444.8677 | 5,133.59 |
| FT Grwth Sec | 17.518656 | 555.9924 | 9,740.24 |
| LVIP Del Bond | 10.166929 | 1104.9276 | 11,233.72 |
| LVIP Mon It Va | 15.244638 | 652.2313 | 9,943.03 |
| LVIP S&P 500 | 11.551355 | 856.6190 | 9,895.11 |
| LVIP Wish Mo P | 12.079129 | 1170.0678 | 14,133.40 |
| LVIP Wish MAgP | 12.637375 | 794.9444 | 10,046.01 |
| MFS Total Rtrn | 11.454695 | 430.2323 | 4,928.18 |
| **Total** | | | **$ 100,523.29** |

## Of Interest to You

You can access important contract information, including your current account balance and interest rate, by registering for our Internet Service Center at www.LFG.com. Registered users can also view or print statements and confirmations from our web site.

## Notifications

- This confirmation is prepared by The Lincoln National Life Insurance Company or one of its Life Insurance company affiliates pursuant to its agreement with the principal underwriter of the insurance securities described herein, for the benefit of the selling broker dealer.

- Notify Lincoln promptly if information contained in this document is not accurate. Please feel free to re-confirm any oral communication in writing to further protect your rights.

- The term "Interest Adjustment" may be referred to as "Market Value Adjustment" in the contract.



**LINCOLN**
Financial Group®

PO Box 7866
Fort Wayne IN 46801-7866

*Annuity*
*Confirmation*
*8/8/07*

#BWNGYCG
000466    21122103
MARILYN BLOCH
14545 MILITARY TRL STES
DELRAY BEACH FL 33484-3781

Owner: **Marilyn Bloch**
Annuitant: **Marilyn Bloch**
Assurance (L Share) : 92-4144877
Contract effective date: 12/18/06
Plan type: **Non-Qualified**

Representative: Teresa Dilorenzo
Broker/Dealer: LINSCO/PRIVATE LEDGER CO
DELRA

If you have questions regarding this
statement, please call Lincoln Life at
888-868-2583.



## Activity

| Date | Type of activity | Unit value | Number of units | Amount |
|------|------------------|-----------:|----------------:|-------:|
| 8/8/07 | Contract option change | | | $ 100,523.29 |
| | **From:** | | | |
| | AC Infltn Prot | 10.207988 | - 505.0434 | - 5,155.48 |
| | AF Growth | 20.913278 | - 728.4340 | - 15,233.94 |
| | AF Int'l | 25.469966 | - 199.4736 | - 5,080.59 |
| | FT Glb Inc Sec | 11.316234 | - 453.6485 | - 5,133.59 |
| | FT Grwth Sec | 19.843045 | - 490.8644 | - 9,740.24 |
| | LVIP Del Bond | 10.323040 | - 1088.2185 | - 11,233.72 |
| | LVIP Mon It Va | 22.752650 | - 437.0055 | - 9,943.03 |
| | LVIP S&P 500 | 11.327083 | - 873.5801 | - 9,895.11 |
| | LVIP Wish Mo P | 11.845283 | - 1193.1672 | - 14,133.40 |
| | LVIP Wish MAgP | 12.392755 | - 810.6361 | - 10,046.01 |
| | MFS Total Rtrn | 14.168513 | - 347.8262 | - 4,928.18 |
| | **To:** | | | |
| | AC Infltn Prot | 10.505999 | 490.7177 | 5,155.48 |
| | AF Growth | 18.802214 | 810.2205 | 15,233.94 |
| | AF Int'l | 22.179847 | 229.0633 | 5,080.59 |
| | FT Glb Inc Sec | 11.539587 | 444.8677 | 5,133.59 |
| | FT Grwth Sec | 17.518656 | 555.9924 | 9,740.24 |
| | LVIP Del Bond | 10.166929 | 1104.9276 | 11,233.72 |
| | LVIP Mon It Va | 15.244638 | 652.2313 | 9,943.03 |
| | LVIP S&P 500 | 11.551355 | 856.6190 | 9,895.11 |
| | LVIP Wish Mo P | 12.079129 | 1170.0678 | 14,133.40 |
| | LVIP Wish MAgP | 12.637375 | 794.9444 | 10,046.01 |
| | MFS Total Rtrn | 11.454695 | 430.2323 | 4,928.18 |

Continued on back

© 2007 Lincoln Financial Group is the marketing name for Lincoln National Corp. and its affiliates.



Wed. January 13, 2010 10:09:23 AM

**Re: Re:**

From:  Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact

To:  alb@bluestonelawfirm.com

since you called me i have not heard from furman and i would like to return to nursing school at 987 per month as i cannot get a pell grant as i have a b.a. the govt does not want two ba degrees. so anything you could do with furman would e greatly appreciated towards my expensive tuition. m bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message

>------Original Message------

>From: Marilyn Bloch

>To: Andrew Bluestone

>Subject: Re: Re:

>Sent: Dec 1, 2009 9:20 AM

>

>you said you would call furman on monday but you never told me the results of your call. marilyn bloch

>

>Andrew Lavoott Bluestone wrote:

>> They did not answer phone calls today. I'll try again on Monday

>> ----- Original Message -----

>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>

>> To: <alb@bluestonelawfirm.com>

>> Sent: Wednesday, November 25, 2009 4:45 PM

>> Subject: Re:

>>>i guess there is no use calling you anymore and that  7500 is final offer.

>>>marilyn bloch

>>>

>>> alb@bluestonelawfirm.com wrote:

>>> No news

>>> ------Original Message------

>>> From: Marilyn Bloch

>>> To: Andrew Bluestone

>>> Subject:

>>> Sent: Nov 25, 2009 3:47 PM

>>> you said to get in touch with you regarding furman, kornfeld, brennan. if

>>> you have any news let me know. marilyn bloch

>>>>

>>>> Sent from my Verizon Wireless BlackBerry

>>>

>>>

>>>

>>>

>>>

> 

> 

> 

> 

> 

>Sent from my Verizon Wireless BlackBerry

7/7/2010

**[ No Subject ]**

Wed, November 25, 2009 3:47:49 PM

From: **Marilyn Bloch** <marilynbloch105039@yahoo.com>   View Contact
To: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.com>

you said to get in touch with you regarding furman, kornfeld, brennan. if you have any news let me know. marilyn bloch

**Re: Re:**

From: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.co...    Add to Contacts

To: Marilyn Bloch <marilynbloch195039@yahoo.com>

Tue, December 1, 2009 9:34:23 AM

I was unable to speak with dukete and left message
-----Original Message-----
From: Marilyn Bloch
To: Andrew Bluestone
Subject: Re: Re:
Sent: Dec 1, 2009 9:20 AM

you said you would call furman on monday but you never told me the results of your call. marilyn bloch

Andrew Lavoott Bluestone wrote:
> They did not answer phone calls today. I'll try again on Monday
> ----- Original Message -----
> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
> To: <alb@bluestonelawfirm.com>
> Sent: Wednesday, November 25, 2009 4:45 PM
> Subject: Re:
>>i guess there is no use calling you anymore and that  7500 is final offer.
>>marilyn bloch
>>
>> alb@bluestonelawfirm.com wrote:
>>> No news
>>> -----Original Message------
>>> From: Marilyn Bloch
>>> To: Andrew Bluestone
>>> Subject:
>>> Sent: Nov 25, 2009 3:47 PM
>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>> you have any news let me know. marilyn bloch
>>>
>>> Sent from my Verizon Wireless BlackBerry
>>
>>
>>
>>
>>

Sent from my Verizon Wireless BlackBerry

**Re: Re:**

Wed, December 2, 2009 4:02:02 PM

From: Marilyn Bloch <marilynbloch195039@yahoo.com>     View Contact
To: "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.com>

i received your message and any thing you could do to settle this case would be greatly appreciated. thank you. marilyn bloch

alb@bluestonelawfirm.com wrote:
> I was unable to speak with dukete and left message
> ------Original Message------
> From: Marilyn Bloch
> To: Andrew Bluestone
> Subject: Re: Re:
> Sent: Dec 1, 2009 9:20 AM
>
> you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
> Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>
>
>
>
>
>
> Sent from my Verizon Wireless BlackBerry

**Re: Re:**
From:  Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To:  alb@bluestonelawfirm.com

i have not heard from mr. fur,an since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb @bluestonelawfirm.com wrote:

>i was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>> >
>> >
>> >
>> >
>> >
>>Sent from my Verizon Wireless BlackBerry

**[ No Subject ]**

Wed, November 25, 2009 3:47:49 PM

From:  Marilyn Bloch <marilynblbloch195039@yahoo.com>   View Contact
To:  "alb@bluestonelawfirm.com" <alb@bluestonelawfirm.com>

you said to get in touch with you regarding furman, kornfeld, brennan. if you have any news let me know. marilyn bloch

**Re: Re:**

From: Marilyn Bloch <marilynbloch195039@yahoo.com>   View Contact
To: alb@bluestonelawfirm.com

Tue, January 12, 2010 4:37:47 PM

i have not heard from mr. furan since you left your message to me in december. marilyn bloch

On Tue Dec 1st, 2009 9:34 AM EST alb@bluestonelawfirm.com wrote:

>I was unable to speak with dukete and left message
>------Original Message------
>From: Marilyn Bloch
>To: Andrew Bluestone
>Subject: Re: Re:
>Sent: Dec 1, 2009 9:20 AM
>
>you said you would call furman on monday but you never told me the results of your call. marilyn bloch
>
>Andrew Lavoott Bluestone wrote:
>> They did not answer phone calls today. I'll try again on Monday
>> ----- Original Message -----
>> From: "Marilyn Bloch" <marilynbloch195039@yahoo.com>
>> To: <alb@bluestonelawfirm.com>
>> Sent: Wednesday, November 25, 2009 4:45 PM
>> Subject: Re:
>>>i guess there is no use calling you anymore and that  7500 is final offer.
>>>marilyn bloch
>>>
>>> alb@bluestonelawfirm.com wrote:
>>>> No news
>>>> ------Original Message------
>>>> From: Marilyn Bloch
>>>> To: Andrew Bluestone
>>>> Subject:
>>>> Sent: Nov 25, 2009 3:47 PM
>>>> you said to get in touch with you regarding furman, kornfeld, brennan. if
>>>> you have any news let me know. marilyn bloch
>>>>
>>>> Sent from my Verizon Wireless BlackBerry
>>>
>>>
>>>
>>>
>>>
>
>
>
>
>
>
>Sent from my Verizon Wireless BlackBerry

**[ No Subject ]**

Fri, November 20, 2009 1:00:17 PM

From:  Marilyn Bloch <marilynbloch195039@yahoo.com>    View Contact
To:  "alb@bluestonelawservices.com" <alb@bluestonelawservices.com>

i am willing to retain your services for 20 percent fee in the matter of bloch v. koemer before judge alvin hellerstein. please fax retauner agreements.
marilynbloch195039@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

MARILYN BLOCH,

           Plaintiff,

     -against-

ANDREW BLUESTONE, ESQ.,

           Defendants.

-------------------------------------------------------X

           ORDER

10 CIV 6216

LORETTA A. PRESKA, Chief United States District Judge:

     Plaintiff, presently residing in Pembroke Pines, Florida, brings this *pro se* diversity action under 28 U.S.C. § 1332.  Plaintiff alleges that Defendants Andrew Bluestone committed legal malpractice by negligently representing her.  The Court grants Plaintiff's request to proceed *in forma pauperis* and directs the Clerk of Court to assign a docket number to this Complaint.  The Court further directs Plaintiff to submit an Amended Complaint within sixty (60) days of the date of this Order as detailed below.

## DISCUSSION

### Diversity Jurisdiction

     Plaintiff brings this action alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332.  In order to invoke diversity jurisdiction, the citizenship of all plaintiffs must be diverse from that of all defendants.  Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267 (1806); 28 U.S.C. § 1332(a); Cresswell v. Sullivan & Cromwell, 922 F.2d 60, 68 (2d Cir. 1990).  Diversity must be complete; in other words, "no plaintiff and no defendant [may be] citizens of the same State."  Wisconsin Dep't of Corr. v. Schacht, 524 U.S. 381, 388 (1998).  In addition, plaintiff must allege to a "reasonable probability" that the claim is in excess of the sum or value of $75,000.00, the statutory jurisdictional amount.  Colavito v. New York Organ Donor Network, Inc., 438 F.3d 214, 221 (2d Cir. 2006) (citation and internal quotation marks omitted).

     Plaintiff's allegations, that she resides in Pembroke Pines, Florida, and that Defendant's

legal office is located in New York City, indicate that she and Defendant are citizens of different states. It is unclear, however, whether plaintiff's amount in controversy exceeds $75,000. "A party invoking the jurisdiction of the federal court has the burden or proving that it appears to a 'reasonable probability' that the claim is in excess of the statutory jurisdictional amount." Chase Manhattan Bank v. American National Bank and Trust Company of Chicago, 93 F.3d 1064, 1070 (2d Cir. 1996) (quoting Tongkook America, Inc. v. Shipton Sportswear Co., 14 F.3d 781, 784 (2d Cir. 1994)). The sum claimed by plaintiff will control if it is made in good faith. St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 288-89 (1938). It is the Court's duty, however, to dismiss an action where it is "convinced to a legal certainty that the plaintiff cannot recover an amount in excess of the [minimum statutory jurisdictional amount.]" Tongkook America, Inc., 14 F.3d at 784 (quoting Deutsch v. Hewes St. Realty Corp., 359 F.2d 96, 98 (2d Cir. 1966)) (alteration in original, internal quotation marks omitted). Nevertheless, the Second Circuit has cautioned that a party should be afforded an "appropriate and reasonable opportunity to show good faith in believing that a recovery in excess of [the jurisdictional amount] is reasonably possible." Chase Manhattan Bank, 93 F.3d at 1070 (quoting A.F.A. Tours, Inc. v. Whitchurch, 937 F.3d 82, 88 (2d Cir. 1991))

Plaintiff seeks to recoup more than $3,500,000 in damages. But she fails to allege facts that support this claim. Therefore, plaintiff must amend her complaint to establish that her actual damages is an amount in excess of the $75,000 jurisdictional threshold.

## Leave to Amend

Plaintiff is hereby directed to file an Amended Complaint containing the information specified above.[1] The Amended Complaint must be submitted to this Court's *Pro Se* Office within sixty (60) days of the date of this Order, be captioned as an "AMENDED COMPLAINT," and bear the same docket number as this Order. Plaintiff's Amended Complaint will completely

---

[1] An Amended Complaint form is attached to this Order for Plaintiff's convenience. Plaintiff should complete the entire form with the information specified above and return it to the Court's *Pro Se* Office within sixty (60) days from the date of this Order.

replace, not supplement, her original Complaint.  No summons will issue at this time, and all further proceedings will be stayed for sixty (60) days or until Plaintiff has complied with this Order.  Once submitted, the Amended Complaint will be reviewed for substantive sufficiency and then, if proper, will be reassigned to a district judge in accordance with the procedures of the Clerk's Office.  If Plaintiff fails to comply within the time allowed or show good cause why she cannot comply, the Complaint will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

LORETTA A. PRESKA
Chief United States District Judge

Dated:   AUG 18 2010
         New York, New York

3